## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

                                        Case No.  13-60735-MER

James Douglas Peterson and Kateri Terese Peterson,

        Debtors.

## ORDER GRANTING RELIEF FROM STAY

        This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

        Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

        **IT IS ORDERED:**

1.      The motion for relief from stay is granted as follows.

2.      The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

        Lot Fifteen (15), Block Three (3), Townsite of Sartell, Stearns County, Minnesota.

3.      Notwithstanding Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated:      _May 26, 2015_____

                                     */e/ Michael E. Ridgway*
                                  United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/26/2015
Lori Vosejpka, Clerk, by AMM